# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HDDA, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>DEEPAK PATEL,<br>PUSHPABEN PATEL,<br>JORDAN HAAS,<br>JUNE HAAS,<br>KUNAL MODY,<br>CRYSTAL PATEL,<br>RAMESH MODY and<br>SMITA MODY,<br><br>      Defendants. | Case No. 1:23-CV-1883-SCJ |

**CERTIFICATION**
**CM/ECF DOCUMENT**
I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia.

Date Filed: April 12, 2024

By: _____
Kevin P. Weimer, Clerk of Court

MAR 2 1 2025

## JUDGMENT

The Court having GRANTED the Motion for Summary Judgment filed by Plaintiff HDDA, LLC ("Plaintiff") pursuant to Order entered on April 4, 2024 (Doc. No. 42), it is

ORDERED AND ADJUDGED that Plaintiff have and recover from Defendants Deepak Patel, Pushpaben Patel, Jordan Haas, June Haas, Kunal Mody, Crystal Patel, Ramesh Mody, and Smita Mody, jointly and severally, the amount of $33,341,974.41, consisting of principal in the amount of $26,394,418.29[1], unpaid

---

[1] Includes principal in the amount of $26,197,933.79, plus deferred interest in the amount of $196,484.50 capitalized on October 1, 2023. *See* Doc. No. 33-20.

1

interest accruing at the non-default rate (through April 4, 2024) in the amount of $2,313,788.34, unpaid interest accruing at the default rate (through April 4, 2024) in the amount of $1,533,045.37, late fees in the amount of $46,184.48, deferred interest in the amount of $27,625.21, and statutory attorneys' fees pursuant to O.C.G.A. § 13-1-11 in the amount of $3,026,912.72[2]. Interest accrues from April 5, 2024 through the date of entry of this Judgment at the *per diem* rate of $8,064.96[3]. Interest thereafter accrues at the federal post-judgment rate.

IT IS SO ORDERED, this 12th day of April, 2024.

*Steve C. Jones*
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[2] Equal to 15% of the first $500 of principal and interest owed, and 10% of the remaining principal and interest owed.

[3] Equal to 6% non-default rate, plus 5% default rate.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HDDA, LLC,

  Plaintiff,

v.

DEEPAK PATEL, PUSHPABEN PATEN, JORDAN HAAS, JUNE HAAS, DUNAL MODY, CRYSTAL PATEL, RAMESH MODY, and SMITA MODY,

  Defendants.

CIVIL ACTION FILE

No. 1:23-CV-1883-SCJ

## ORDER

This case comes before the Court on an unopposed Motion to Allow Registration of Judgment in a Foreign Jurisdiction. Doc. No. [46]. For good cause shown, the Motion is **GRANTED IN PART**. Plaintiff may register the April 12, 2024 Judgment in the Northern District of Illinois, Southern District of Texas, Western District of Arkansas, and the District of Alaska. These jurisdictions represent places where one or more of Defendants live or have lived. To the extent Plaintiff seeks to register judgment in "any other foreign judicial district

in which assets of Defendants are or may be found," the Motion is **DENIED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED** this 18th day of March, 2025.

                              /s/ Steve C. Jones
                              **HONORABLE STEVE C. JONES**
                              **UNITED STATES DISTRICT JUDGE**