

3340 Peachtree Road N.E., Suite 2900
Atlanta, GA 30326-1092 U.S.A.
(404) 846-1693
Fax (404) 264-4033

www.btlaw.com

Lisa Wolgast
Partner
(470) 832-7535
lwolgast@btlaw.com

**VIA ECF**

Clerk, District of Alaska
222 W. 7th Avenue
Room 229, Box/Suite #4
Anchorage, AK 99513

RE: Request for Issuance of Writ of Execution, Case No. 3:25-mc-00007-SLG

Ms. Duncan:

  This firm represents HDDA, LLC ("Plaintiff") with respect to the Judgment entered by the United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:23-cv-1883-SCJ against Defendants Deepak Patel, Pushpaben Patel, Jordan Haas, June Haas, Kunal Mody, Crystal Patel, Ramesh Mody and Smita Mody (collectively, "Defendants"), which was registered with the Court on April 14, 2025. Plaintiff respectfully requests that you issue a Writ of Execution in the amount listed on the Judgment registered in this Court. A proposed writ is attached.

  Thank you in advance for your assistance.

Respectfully submitted,

Lisa Wolgast

Attachment

Atlanta  Boston  California  Chicago  Delaware  Indiana  Michigan  Minneapolis  Nashville  New Jersey
New York  Ohio  Philadelphia  Raleigh  Salt Lake City  South Florida  Texas  Washington, D.C.